

United States District Court
Eastern District of New York
-----------------------------------X

20-CV-03868
June 17, 2021
Letter Motion
Hon. Pamela K. Chen

JACQUELINE SILVER

       Plaintiff,

              ---against---



THE CITY OF NEW YORK , NYPD
DETECTIVE MICHAEL GALGANO,
SHIELD NUMBER 3292 AS AN
INDIVIDUAL AND POLICE OFFICER-109
PRECINCT

       Defendants ,

I am the plaintiff in the above referenced action. I am writing this letter for the judge to intervene in the above action. I have told the pro se office – Ricardo and others that I NEVER consented to a magistrate . I have told Joshua Kaufman multiple times in texts and emails that I never consented to a magistrate . Mr. Kaufman totally ignored me on multiple occasions, instead of acknowledging this , he sent me four or five letters to my po box . I refused to open them up as it is irrelevant because I NEVER signed any consent form.

Your Honor, I sent an email to Mr. Kaufman on March 15 which states that I was recovering from bronchitis. In the email , I informed him that I NEVER signed the consent

**Page 2**

form for a magistrate to be appointed. How could these two cases move forward with a Magistrate if I never consented to one ? Once again he chose to ignore this and sent me more correspondence. At this point I feel that I am being harassed by Mr. Kaufman.

" Pursuant to Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1 , the parties are notified that IF all parties consent a United States Magistrate judge is available to conduct all proceedings in the civil action. Hon. Chen, it is very straightforward . It goes on to state in bold that "you may withhold your consent without adverse substantive consequences." The form specifically states not to send in the form unless all parties have signed the consent . Plaintiff Silver is at a loss as to why Mr. Kaufman ignored my email and all the texts I have sent him pertaining to the above .

Per the Pro Se office , I was advised that if I have to change my address that I should email them the change in PDF format . On February 17th , I emailed the pro se office along with a letter stating that my P.O. Box was changed to P.O. Box 525 Manhasset , New York 11030. I have not received any correspondence from the pro se office in reference to the above action. When speaking with the head clerk in the pro se office last week , we discussed that they did not have my new PO Box .I told her I emailed it a while back. She could not find it and on June 7th I emailed her the email I sent on February 17th. I still have not received any correspondence from the court in reference to the above referenced action except that they gave the defendants an extension to answer my complaint-the above one, which I would assume

**Page 3**

would be null since I did not sign any consent form.

In reference to the 2nd action, Jacqueline Silver vs The City of New York, NYPD Detective John Seel et ano, plaintiff Silver never received the ruling from the Court on whether she was granted in forma pauperis until about a week ago when I contacted the pro se office and they told me it was granted back in February. Your Honor, this is problematic as I sent the pro se office an email (please see attached) on February 17th, with a letter in PDF format, like the pro se office advised me to do. Nobody in the office confirmed this. When I spoke to the head clerk on June 7th, I asked her why I have not received the in forma pauperis ruling and she checked to see if she had the right address, she could not find any address change. I told her that I sent an email back in February with my new address.

Wherefore, I respectfully ask the court to intervene in the above referenced action as plaintiff NEVER consented to a magistrate. In reference to the case with defendant Seel, I need to have the ruling from the court regarding the in forma pauperis, to the address on the email that I sent to the pro se office back in February. Finally Hon. Chen I want to reiterate that I DID NOT sign the consent form for the action above and the action with defendant Seel I also will not sign the consent form.

Respectfully Yours:

*Jacqueline Silver*
Jacqueline Silver
Pro Se Plaintiff
P.O. Box 525
Manhasset, NY 11030

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna B. Mahoney**
Chief Deputy and Counsel to the Clerk

**Carol McMahon**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

## NOTICE

In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. You may consent to the magistrate judge who has been assigned to this case or to a new magistrate judge selected at random. Attached is a **blank** copy of the consent form that should be signed and filed electronically **only if** all parties wish to consent **and it is signed by all parties**. A consent form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf

**You may withhold your consent without adverse substantive consequences.**

Do NOT return or file the consent <u>unless</u> all parties have signed the consent.

AO 85 (Rev. EDNY 8/3/2012) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| _____ ) | |
| *Defendant* ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent. You may consent to the magistrate judge assigned to this case or to a new magistrate judge selected at random.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.
Select one:  The parties consent to ___ the magistrate judge who is assigned to this case
___ a new magistrate judge selected at random.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

In order for the Consent to be valid, all parties must sign this form and agree to the selection of the magistrate judge.
**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____               _____
                                                      *District Judge's signature*

                                                      _____
                                                      *Printed name and title*

Note:   Do not return the form to the Clerk of Court or file it on ECF unless all parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. Do not return this form to a Judge.

February 15, 2021

U.S. District Court                                               Docket : 1:20-CV-03868
Eastern District of New York
225 Cadman Plaza East
Brooklyn , New York, 11201

     Jacqueline Silver, plaintiff in Silver v The City of New York et al, is emailing the prose office to notify them of a change of address from P.O. Box 630400, Little Neck NY 11362 to P.O. Box 525, 28 Maple Place, Manhasset, NY 11030.

     Please send all future correspondence to the new PO Box.


Jacqueline Silver
Pro Se Plaintiff
718-551-4245

## Re: Change of address

Jackie Silver <jackies1000@live.com>
Mon 6/7/2021 3:53 PM
To: prose_filings@nyed.uscourts.gov <prose_filings@nyed.uscourts.gov>

Hi In reference to my conversation I had with the head of the Pro Se department, Isabella ? today please see attached email letting the court know of my change of address. I never received any correspondence to this address. I never knew the court granted me poor person status on one of my cases.

Jacqueline Silver
Please have Isabella ?? confirm this email. Thanks

Sent from Outlook

---

**From:** Jackie Silver
**Sent:** Wednesday, February 17, 2021 4:38 PM
**To:** prose_filings@nyed.uscourts.gov <prose_filings@nyed.uscourts.gov>
**Subject:** Change of address

Sent from Outlook



United States District Court
EDNY
225 Cadman Plaza East
Brooklyn NY 11201
Attn: Pro Se Office

FILED
IN CLERK'S OFFICE -
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2021 ★
BROOKLYN OFFICE



Silver
P.O. Box 525
Manhasset NY 11030