**DECLARATION OF SERVICE BY MAIL**

I, Joshua Kaufman mailed a status letter dated July 19, 202 [Docket Entry 24] and an Order to Show Cause dated July 20, 2021 [Docket Entry Number 25] pursuant to 28 U.S.C. § 1746, under penalty of perjury, upon the following plaintiff *pro se* by depositing a copy of said letter, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

    Jaqueline Silver
    Plaintiff *pro se*
    P.O. Box 525
    28 Maple Place
    Manhasset NY 11030

Dated: New York, NY
       July 22, 2021

                                            *Joshua Kaufman*

                                            Joshua Kaufman
                                            Assistant Corporation Counsel