

anything ruled on by the magistrate is null

Today 3:11 PM

I guess you not understanding that you are harassing me .and once again I Didn't CONSENT OR SIGN ANY FORM TO HAVING A MAGISTRATE
I AM NOT OPENING ANY OF YOUR AS IT IS MOOT

Mail

You need to answer the complaints by the due date .you are very late on the first lawsuit.

