**DECLARATION OF SERVICE BY MAIL**

I, Joshua Kaufman declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on November 16, 2021 I mailed a motion to dismiss [Docket Entry Number 33] to plaintiff's current address on behalf of defendants, upon the following plaintiff *pro se* by depositing a copy of said letter, enclosed in US mail, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

    Jaqueline Silver
    Plaintiff pro se
    P.O. Box 525
    28 Maple Place
    Manhasset, NY 11030

Dated: New York, NY
       November 16, 2021

                                          *Joshua Kaufman*

                                          Joshua Kaufman
                                          *Assistant Corporation Counsel*