FORM 1

# NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
Eastern District   DISTRICT OF   New York

Jacqueline Silver

\*
\*
\*
\*
\*
The City of New York et al
\*

NOTICE OF APPEAL

1:20-cv-03868-DG-ST

Docket No.

Notice is hereby given that Jacqueline Silver
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) dated August 26, denying Ms. Silver's motion for reconsideration. Plaintiff Silver doesn't agree with hon Tujarati on her ruling. Plaintiff Silver believes that hon Tujarati has erred in this decision, causing Ms. Silver to appeal her order. entered in this action on the 30th day of November, 2021.

Judge Tujarati erred in her order because pursuant to Rule 73 of the Federal Rules of Civil Procedure, it states that if all parties consent a magistrate judge will be appointed, therefore, I need to appeal her order.

Signature

Jacqueline Silver
Printed Name

P.O. Box 525
Address

Manhasset New York 11030

(718) 678-7325
Telephone No. (with area code)

Date: 11/30/2021