


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

January 9, 2022

20-CV-3868

JACQUELINE SILVER

    ----Plaintiff----

    ----against----

The City of New York, NYPD
Detective Michael Galgano
Shield Number 3292, as a as a individually
and Police Officer 109 Precinct

    ---Defendants---

I am the plaintiff in the above referenced action. On December 17th, at 3:32pm I dropped off with the security in the lobby a letter motion for an enlargement of time to submit my opposition papers for the above case . I have been actively looking at the docket to see if my enlargement of time was docketed, it hasn't . I called the prose office twice last week and haven't heard back.

This is not the first time I gave documents to the security and hasn't been placed on the docket. I have a time stamped copy to prove that I gave it to the security on December 17th, 2021. I also gave them a check for the appeal on my second false arrest action, which was cashed.

Jacqueline Silver
Pro Se Litigant
P.O. Box 525
Manhasset, NY 11030
718-551-4245

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 18 2022 ★

BROOKLYN OFFICE

January 10, 2022

Please time stamp the enclosed letter to Judge Gujarati and mail it back to me at P.O. Box 525 Manhasset, NY 11030.

Thanks

Jacqueline Silver

Silver
P.O. Box 523
Manhasset NY 11030

MID-ISLAND NY 117
14 JAN 2022 PM 4 L

Eastern District of NY
Attn: Pro Se Office
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299