# DECLARATION OF SERVICE

I, Ramy Louis, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on September 23, 2022, I caused to be served a Court Order Dated September 23, 2022 to plaintiff's current address on behalf of defendants, upon the following plaintiff *pro se*, in the matter of <u>Jacqueline Silver v. City of New York, et al</u>, 20-CV-3868 (DG) (ST), by having someone in my office deposit a copy of same, enclosed in a certified mail, return receipt, postpaid, properly addressed envelope in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

Jacqueline Silver<br>
Plaintiff *pro se*<br>
P.O. Box 525<br>
28 Maple Place<br>
Manhasset, NY 11030

Dated:   New York, New York
         September 23, 2022

                                        */s/ Ramy Louis*
                                        _____
                                        Ramy Louis
                                        Senior Counsel
                                        Special Federal Litigation Division