

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Ramy Louis**<br>*Senior Counsel*<br>Phone: (212) 356-2386<br>FAX: (212) 356-3509<br>rlouis@law.nyc.gov |
|---|---|---|

October 7, 2022

**BY ECF**
Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    <u>Jacqueline Silver v. City of New York, et al</u>*.,* 20-CV-3868 (DG) (ST)
              <u>Jacqueline Silver v. Detective John Seel</u>, 20-CV-6348 (DG) (ST)

Your Honor:

      I am a Senior Counsel in the Office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants City of New York and Detectives Michael Galgano and John Steel (collectively "defendants"), in the above referenced matters. Defendants write in accordance with the Court's Order, dated September 23, 2022, directing the parties to "file a joint letter by October 7, 2022 confirming that plaintiff has provided the required releases." *See* Electronic Order dated September 23, 2022.

      Defendants write to inform the Court that they have not received the required executed releases. Moreover, the undersigned conferred with plaintiff, via telephone on October 4, 2022, who confirmed that she received the Court's Orders and indicated that she will write a letter to the Court separately.

      Defendants thank the Court for its time and consideration.

                                                     Respectfully submitted,

                                                     /s/ Ramy Louis

                                                   Ramy Louis
                                                   *Senior Counsel*
                                                    Special Federal Litigation Division

cc:    **BY FIRST CLASS MAIL**
        Jacqueline Silver, Plaintiff *pro se*
        P.O. Box 525
        28 Maple Place
        Manhasset, NY 11030