# DECLARATION OF SERVICE

I, Ramy Louis, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on October 28, 2022, I caused to be served a Court Order Dated October 27, 2022 to plaintiff's current address on behalf of defendants, upon the following plaintiff *pro se*, in the matter of <u>Jacqueline Silver v. City of New York, et al</u>, 20-CV-3868 (DG) (ST), by having someone in my office deposit a copy of same, enclosed in a certified mail, return receipt, postpaid, properly addressed wrapper in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

Jacqueline Silver<br>
Plaintiff *pro se*<br>
P.O. Box 525<br>
28 Maple Place<br>
Manhasset, NY 11030

Dated:	New York, New York
	October 28, 2022

	*/s/ Ramy Louis*
	_____
	Ramy Louis
	Senior Counsel
	Special Federal Litigation Division