**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | November 22, 2022 |
| TIME: | 1:00 P.M. |
| DOCKET NUMBER(S): | CV-20-3868 (DG) |
| NAME OF CASE(S): | Silver v. The City of New York et al. |
| FOR PLAINTIFF(S): | Silver, pro se |
| FOR DEFENDANT(S): | Louis |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | AT&T (1:00 - 2:35) |

RULINGS FROM  Telephone Conference                    :

Plaintiff is ordered to produce 160.50 releases within 30 days.  Failure to comply will result in a recommendation to dismiss for failure to prosecute.