

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Ramy Louis**<br>*Senior Counsel*<br>Phone: (212) 356-2386<br>FAX: (212) 356-3509<br>rlouis@law.nyc.gov |

December 27, 2022

**BY ECF**
Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    <u>Jacqueline Silver v. City of New York, et al</u>., 20-CV-3868 (DG) (ST)

Your Honor:

      I am a Senior Counsel in the Office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants City of New York and Detective Michael Galgano (collectively "defendants"), in the above referenced matter. Defendants write in accordance with the Court's Order, dated December 20, 2022, directing defendants to file a status report by December 28, 2022 advising the Court as to whether the plaintiff has produced the 160.50 releases as Ordered during the conference held on November 22, 2022. *See* Electronic Order dated December 20, 2022. For the Court's information, plaintiff has not produced said executed releases.

      Defendants thank the Court for its time and consideration.

Respectfully submitted,

/s/ Ramy Louis
_____
Ramy Louis
*Senior Counsel*
Special Federal Litigation Division

cc:    **BY FIRST CLASS MAIL**
      Jacqueline Silver, Plaintiff *pro se*
      P.O. Box 525
      28 Maple Place
      Manhasset, NY 11030