**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JACQUELINE SILVER,

                           Plaintiff,

                                                                                    **ORDER**
   - against -                                                                     **CV-20-3868 (DG)**

CITY OF NEW YORK, et al.,

                           Defendants.
-------------------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

        In a status report filed on December 27, 2022, counsel for Defendants informed the Court that the pro se Plaintiff has failed to comply with this Court's Order of November 22, 2022 which directed Plaintiff to provide 160.50 releases to the Defendants by December 22, 2022.

        Accordingly, and as the parties were previously advised, this Court will be preparing a Report and Recommendation to dismiss this case for failure to comply with Court Orders.

        Counsel for Defendants shall immediately forward a copy of this Order to the Plaintiff, who is proceeding pro se, via return receipt delivery, and file proof of service with the Court.

        **SO ORDERED.**

                                                                                    /s/
                                                       **STEVEN L. TISCIONE**
                                                       **UNITED STATES MAGISTRATE JUDGE**

**Dated:  December 27, 2022**
       **Brooklyn, New York**