DECLARATION OF SERVICE

I, Ramy Louis, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on December 28, 2022, I caused to be served a Court Order, dated December 27, 2022, to plaintiff's current address on behalf of defendants, upon the following plaintiff pro se, in the matter of <u>Jacqueline Silver v. City of New York, et al.</u>, 20-CV-3868 (DG) (ST), by having someone in my office deposit a copy of same, enclosed in a certified mail, return receipt, postpaid properly addressed wrapper in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

Jacqueline Silver
Plaintiff pro se
P.O. Box 525
28 Maple Place
Manhasset, NY 11030

Dated:   New York, New York
         December 28, 2022

/s/ Ramy Louis
_____
Ramy Louis
Senior Counsel
Special Federal Litigation Division