**United States District Court**
**Eastern District of New York**

RECEIVED IN PRO SE OFFICE

AUG 2 8 2023

_____X

20CV03868 & CV06348

**Letter Motion**
**Extension of Time**
**August 22, 2023**

Hon. Gujarati:

I am in receipt of your Order re 58 dated August 7th. Once again, I am the plaintiff in the above referenced action.  Unfortunately, you denied me an attorney to litigate the above actions. These two cases are very important to me and in order to prevail I need to have representation. At the hearing in November of 2022, Judge Tiscione suggested that I reach out to the attorney in the court. Unfortunately, they weren't able to help me.

I understand that in your order that you directed me to produce the sealed releases by August 21, 2023. I just would like to make the court aware that I don't have a legal address and I use a Po Box as the court is aware of this. I go to the box once a week since it is not close.

I need to obtain a lawyer, at this point in time I cannot litigate these cases myself, especially that Hon. Gujarati ordered me to produce the releases. I am in opposition to produce these sealed records for many reasons, so of which I discussed in the hearing in November. It is not that I am not complying. I just feel that it is not in my best interest nor is it beneficial to produce them and could be detrimental to my case.

As I stated in my letter, I still don't know where in the Federal Rules of Civil Procedure does it state that releases have to be provided to the defendant's lawyers. This is at a big disadvantage to me as they will us it to their advantage.

Since I was waiting for your answer to my letter motion, I haven't reached out to lawyers at this point. I will like to do this and would like a brief extension.

Best ,

Jacqueline Silver
Pro Se Plaintiff

SMC
P.O. Box 5K
Manhasset NY 11030

Pro Se Office
Hon. G. Ijarah
EDNY
United States District Court
225 Cadman Plaza East
Brooklyn NY 11201

MID-ISLAND NY 117
25 AUG 2023 PM 6

USMS

NANCY REAGAN
USA
FOREVER