UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JACQUELINE SILVER,

                                        Plaintiff,

    -against-

MICHAEL GALGANO & THE CITY OF NEW YORK,

                                      Defendants.

**DEFENDANTS' DECLARATION OF SERVICE BY MAIL OF REPORT AND RECOMMENDATION DATED SEPTEMBER 12, 2023**

20-CV-3868-DG-ST

------------------------------------------------------------------------x

      I, Luca Difronzo, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on September 12, 2023, I served a copy of the Hon. Steven Tiscione's Report and Recommendation recommending dismissal of plaintiff's case pursuant to Fed. R. Civ. P. 41 and 37, dated September 12, 2023 (ECF No. 65), upon the following plaintiff by depositing a copy of same, enclosed in a first-class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

    Jacqueline Silver
    PO Box 525
    Manhasset, NY 11030

Dated:  New York, New York
           September 14, 2023

                                                  By:   *Luca Difronzo  /s*
                                                        Luca Difronzo
                                                        *Assistant Corporation Counsel*
                                                       Attorney for defendants Galgano & the City
                                                       New York City Law Department
                                                       100 Church Street
                                                       New York, NY 10007
                                                       Tel.:  212-356-2354
                                                       E-mail: ldifronz@law.nyc.gov

cc: **<u>VIA POSTAL MAIL</u>**
Jacqueline Silver
PO Box 525
Manhasset, NY 11030