RECEIVED IN PRO SE OFFICE
OCT 11, 2023 @ 6:37PM
VIA BOX.COM

**United States District Court**
**Eastern District of New York**
_____X

**20CV03868 & CV06348**

Letter Motion
Extension of Time
October 9, 2023

Hon. Gujarati:

I am in receipt of Hon. Tisciones orders dated September 12th. Plaintiff is asking the court for an extension of time to put in her opposition to these orders as she has a PO Box and cannot check her mail often.

Plaintiff requests this extension because she is very observant and there were four Jewish observances from Friday September 15th (Rosh Hashannah) through Sunday October 8th . (Simcah Torah) .  These days I couldn't drive , talk on phone etc. They are high holy days in which I had to observe them.

The order was conveniently made on September 12th , three days prior to a three week observance of the holy days in the Jewish religion. It was not feasible to put in my opposition as I had to observe Rosh Hashannh, Succot, Yom Kippur and Simcah Torah .  The court gave two weeks to file the opposition and the last day was September 26th conveniently one day after Yom Kippur ended (the holiest and religious observance in the Jewish religion.) Whether or not this was a coincidence or not -this three weeks were  NOT feasible to put my opposition in.

  These two cases are very important to me as I was wrongfully arrested. Once again, I cannot afford a lawyer which prejudices my cases. I am doing the best I can to litigate these actions.

  Finally, Judge Gujarati I am asking for a brief extension so I can put in my opposition to Judge Tisciones order.  I would really appreciate it as these cases are very important to me .


Best Jacqueline Silver
Pro Se Plaintiff
PO Box 525 Manhasset NY 11030
jackies1000@live.com